James D. Curran, Esq.  (SBN 126586)
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:          jcurran@wolkincurran.com

Attorneys for Plaintiff,
PLATTE RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>DEAN RICHARD MARKS, an individual; SARILEE MARKS, an individual; THE MARKS LIVING TRUST dated September 11, 2012, a California Trust; DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; EAGLE RIDGE, LLC, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>           Defendants. | Case No. 2:15-CV-01747-WBS-EFB<br><br>**STIPULATION REGARDING CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES; AND ORDER THEREON** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS; SARILEE MARKS; THE MARKS LIVING TRUST dated September 11, 2012; DEAN RICHARD MARKS, as Trustee of

---

THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; and EAGLE RIDGE, LLC (collectively, "Defendants") on the other hand, by and through their respective attorneys of record, stipulate as follows:

1. Platte River and Defendants reached a settlement concerning this case, as well as the Judgment against Defendants in the related case, *Platte River Insurance Company v. Premier Power Renewable Energy, Inc., et al.*, United States District Court, Eastern District of California, Sacramento Division, Case No. 2:14-cv-01666-WBS-EFB.

2. Defendants have up to and including December 31, 2016, to provide all settlement monies to Platte River pursuant to that certain written Settlement Agreement dated June 8, 2016 ("the Settlement Agreement"), already fully executed by Platte River and Defendants.

3. If Platte River is fully paid all settlement monies pursuant to the Settlement Agreement, then Platte River and Defendants will file a stipulation to dismiss this action with prejudice.

4. If, however, Platte River is not fully paid all settlement monies pursuant to the Settlement Agreement, then Platte River may seek to amend its Complaint (ECF No. 1) in this action to allege new facts and add at least one new party to address issues which Platte River recently learned.

5. Consequently, Platte River and Defendants request that this Court vacate all dates set in the *Status (Pretrial Scheduling) Order* (ECF No. 18), including but not limited to the trial date, and schedule this case for a Status Conference in late January, 2017.

**SO STIPULATED.**

Dated: June 14, 2016                    WOLKIN • CURRAN, LLP

                                        By:     */s/ James D. Curran*
                                                James D. Curran
                                                Attorneys for Plaintiff
                                                PLATTE RIVER INSURANCE COMPANY

Dated:  June 14, 2016                           SLATER HERSEY & LIEBERMAN, LLP

By:      */s/  Mark K. Slater (as authorized)*
Mark K. Slater
Attorneys for Defendants
DEAN RICHARD MARKS;
SARILEE MARKS;
THE MARKS LIVING TRUST dated September 11, 2012;
DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST;
SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; and
EAGLE RIDGE, LLC

## ORDER

Based on the foregoing stipulation between Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS; SARILEE MARKS; THE MARKS LIVING TRUST dated September 11, 2012; DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; and EAGLE RIDGE, LLC (collectively, "Defendants") on the other hand, and good cause appearing therefor, the Court orders the following:

  A.  All dates set in the *Status (Pretrial Scheduling) Order* (ECF No. 18), including but not limited to the trial date, are hereby vacated.

  B.  A Status Conference is set for **January 30, 2017 at 1:30 p.m.**

  C.  Platte River and Defendants shall prepare and file a Joint Status Conference Statement no later than **January 17, 2017**.

**IT IS SO ORDERED.**

Dated:  June 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE