James D. Curran, Esq.  (SBN 126586)
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:    (415) 982-9390
Facsimile:    (415) 982-4328
E-mail:       jcurran@wolkincurran.com

Attorneys for Plaintiff,
PLATTE RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>              Plaintiff,<br><br>         v.<br><br>DEAN RICHARD MARKS, an individual; SARILEE MARKS, an individual; THE MARKS LIVING TRUST dated September 11, 2012, a California Trust; DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; EAGLE RIDGE, LLC, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 2:15-CV-01747-WBS-EFB<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

TO THE CLERK OF COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS; SARILEE MARKS; THE MARKS LIVING TRUST dated September 11, 2012; DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING

TRUST; and EAGLE RIDGE, LLC (collectively, "Defendants") on the other hand, by and through their respective attorneys of record, stipulate to dismiss the action, with prejudice.

**SO STIPULATED.**

Dated: November 17, 2016        WOLKIN • CURRAN, LLP

By:  */s/ James D. Curran*
James D. Curran
Attorneys for Plaintiff
PLATTE RIVER INSURANCE COMPANY

Dated: November 17, 2016        SLATER HERSEY & LIEBERMAN, LLP

By:  */s/ Mark K. Slater (as authorized)*
Mark K. Slater
Attorneys for Defendants
DEAN RICHARD MARKS;
SARILEE MARKS;
THE MARKS LIVING TRUST dated September 11, 2012;
DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST;
SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; and
EAGLE RIDGE, LLC

## ORDER

Based on the foregoing stipulation between Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS; SARILEE MARKS; THE MARKS LIVING TRUST dated September 11, 2012; DEAN RICHARD MARKS, as Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; and EAGLE RIDGE, LLC (collectively, "Defendants") on the other hand, and good cause appearing therefor, the Court orders the matter dismissed, with prejudice.

**IT IS SO ORDERED.**

**Dated: November 29, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE